CLOSED, ECF

**U.S. District Court**
**United States District Court for the Southern District of New York (White Plains)**
**CIVIL DOCKET FOR CASE #: 7:08-cv-03130-KMK**
**Internal Use Only**

Danns v. Davol Inc., et al
Assigned to: Judge Kenneth M. Karas
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/27/2008
Date Terminated: 06/12/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Brenda Danns**

represented by **Melanie Haberman Muhlstock**
Parker Waichman & Alonso, LLP
111 Great Neck Road
Great Neck, NY 11021
(516)-466-6500
Fax: (516)-466-6665
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.,**

**Defendant**

**C. R. Bard, Inc.,**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | COMPLAINT against Davol Inc.,, C. R. Bard, Inc.,. (Filing Fee $ 350.00, Receipt Number 646040)Document filed by Brenda Danns.(ll) (Entered: 04/01/2008) |
| 03/27/2008 | | SUMMONS ISSUED as to Davol Inc.,, C. R. Bard, Inc.,. (ll) (Entered: 04/01/2008) |
| 03/27/2008 | | Case Designated ECF. (ll) (Entered: 04/01/2008) |
| 03/27/2008 | | Magistrate Judge Lisa Margaret Smith is so designated. (ll) (Entered: 04/01/2008) |

Case 1:08-cv-02494-ML-LDA Document 1-3 Filed 06/13/2008 Page 2 of 2

| | | |
|---|---|---|
| 06/12/2008 | 2 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Rhode Island. (Signed by MDL Panel on 5/13/08) (fk) (Entered: 06/12/2008) |
| 06/12/2008 | | MDL TRANSFER OUT: E-Mailed documents numbered 1-2, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Rhode Island. on 6/12/08. (fk) (Entered: 06/12/2008) |